# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSEPH S. HATLEY,

        Defendant.

Case No. 4:15-cr-40089-JPG-1

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Defendant Joseph S. Hatley has filed a motion *pro se* asking this Court to appoint him counsel in his habeas proceeding. (ECF No. 199.) The problem for Hatley, however, is that he has never initiated any sort of post-conviction proceeding. Although 18 U.S.C. § 3006A(a)(2)(B) and Rule 6 of the Rules Governing Section 2255 Proceedings for the United States Courts permit this Court to appoint Hatley counsel during a 28 U.S.C. § 2255 proceeding, those rules presume that the proceeding has already begun. But here, since the proceeding at-issue is merely speculative, the Court must **DENY** Hatley's motion for appointment of counsel. (ECF No. 199.)

**IT IS SO ORDERED.**

**DATED: MARCH 27, 2019**

                                  _s/ J. Phil Gilbert_
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**